UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH SHANE CASSANO | CIVIL ACTION |
| VERSUS | |
| H&M TRUCKING CO., ET AL. | NO. 23-00186-BAJ-EWD |

RULING AND ORDER

On December 6, 2023, the Magistrate Judge issued a **Report and Recommendation (Doc. 16, the "Report")** recommending that the above-captioned action be remanded to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana for lack of subject matter jurisdiction, based on Defendants' failure to establish that the amount in controversy exceeds the jurisdictional minimum for diversity jurisdiction under 28 U.S.C. § 1332. No objection has been filed.

Having carefully considered Defendants' Notice of Removal (Doc. 1), and the Parties' memoranda setting forth their respective positions regarding whether Defendants have satisfied Section 1332's amount-in-controversy requirement (Docs. 7-1, 13), the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

19th JDC

**IT IS ORDERED** that the above-captioned action be and is hereby immediately **REMANDED** to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, this 3rd day of January, 2024

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**